DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMIR H. MOTAMED,** as Personal Representative of the
Estate of **MICHAEL MOTAMED**,
Appellant,

v.

**REGINA RAMOS**,
Appellee.

No. 4D17-2060

[April 12, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Acting Circuit Judge; L.T. Case No. 502015CA012820XXXMB.

Marjorie Gadarian Graham of Marjorie Gadarian Graham, P.A., Palm Beach Gardens, and Michael Carrington Knecht of Michael C. Knecht, P.A., Jupiter, for appellant.

Michael J. Pike and Talina Bidwell of Pike & Lustig, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***